IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dennis, Carol E

Printed: 11/13/07

Case Number: 07 B 05451
Judge: Squires, John H
Filed: 3/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Sir Finance Corporation | Secured | 0.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 6,200.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 517.84 | 0.00 |
| 4. | JP Morgan Chase Bank | Unsecured | 139.76 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 19.53 | 0.00 |
| 6. | FCNB Master Trust | Unsecured | 95.66 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 5.08 | 0.00 |
| 8. | Sir Finance Corporation | Unsecured | 72.86 | 0.00 |
| 9. | Tri-Cap Investment Partners, LLC | Unsecured | 64.19 | 0.00 |
| 10. | RJM Acquisitions LLC | Unsecured | 6.89 | 0.00 |
| 11. | Revelle Johnson | Unsecured | 155.12 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 617.54 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 231.42 | 0.00 |
| 14. | Tri-Cap Investment Partners, LLC | Unsecured | 10.37 | 0.00 |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Charter One Bank | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 21. | Inovision | Unsecured |  | No Claim Filed |
| 22. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 23. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 24. | SBC | Unsecured |  | No Claim Filed |
| 25. | Dental Store | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Dennis, Carol E | Case Number: 07 B 05451 | |
| | Judge: Squires, John H | |
| Printed: 11/13/07 | Filed: 3/27/07 | |

| | | | | |
|---|---|---|---|---|
| 26. | Sprint PCS | Unsecured | | No Claim Filed |
| 27. | Swiss Colony | Unsecured | | No Claim Filed |
| 28. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 29. | TCF Financial Services | Unsecured | | No Claim Filed |
| 30. | TCF Financial Services | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |

$ 8,136.26        $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_